DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ANDERSON v. MOORE

No. 339 PC.

Case below: 53 N.C. App. 350.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 December 1981. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 1 December 1981.

## CARPENTER v. TONY E. HAWLEY, CONTRACTORS

No. 87 PC.

Case below: 53 N.C. App. 715.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 December 1981. Motion of Vinez Tinsley and defendants to dismiss appeal for lack of substantial constitutional question and lack of significant public interest allowed 1 December 1981.

## DOUGLAS v. NATIONWIDE MUTUAL INS. CO.

No. 126 PC.

Case below: 54 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 December 1981.

## FURR v. PINOCA VOLUNTEER FIRE DEPT.

No. 40 PC.

Case below: 53 N.C. App. 458.

Petition by plaintiffs and defendants for discretionary review under G.S. 7A-31 denied 1 December 1981.